FILED'08 DEC 09 14:24USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHARLES ELLEDGE, ) | |
| ) | Civil No. 08-776-CL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DIRECTING THE CLERK |
| ) | OF THE COURT TO REQUEST |
| MARION COUNTY, et al., ) | VOLUNTEER COUNSEL |
| ) | |
| Defendant, ) | |

CLARKE, Magistrate Judge.

By Order (#13) entered August 28, 2008, plaintiff's motion for appointment of counsel (#10) was denied.

Upon reconsideration the court's Order (#13) is modified to the extent that the Clerk of the Court is directed to request counsel from the panel of volunteer lawyers. Upon review of the case, if the volunteer lawyer declines to accept plaintiff's case, plaintiff must proceed with the case *pro se*.

1 - ORDER

The court's consideration of defendants' motion for summary judgment (#15) and all other matters are stayed pending the Clerk's request for volunteer counsel.

DATED this 7 day of December, 2008.

_____
Mark D. Clarke
United States Magistrate Judge

2 - ORDER